# EXHIBIT 1

ELECTRONICALLY FILED - 2022 Jan 29 3:50 PM - FAIRFIELD - COMMON PLEAS - CASE#2022CP2000032

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COMMON PLEAS COURT |
| ) | SIXTH JUDICIAL CIRCIT |
| COUNTY OF FAIRFIELD ) | |
| ) | |
| ) | C/A No: 2022-CP-20- |
| Barry Belton and Dorothy Belton, ) | |
| individually, and as Personal ) | |
| Representatives of the Estate of ) | SUMMONS |
| Kevon Belton, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| Humana Insurance Company, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

TO THE DEFENDANT ABOVE-NAMED:

YOU ARE HEREBY SUMMONED and required to answer the Complaint in this matter, a copy of which is herewith served upon you, and to serve a copy of your Answer to Said Complaint upon the Subscriber at her office, 1031 Center Street, West Columbia, South Carolina within thirty (30) days after service hereof, exclusive of the day of such service; and if you fail to answer the Complaint within the time aforesaid, then the Plaintiff will apply to the Court for default judgment for the relief demanded in the Complaint.

BILLY R. OSWALD LAW FIRM, LLC


BY /s/ Bryn B. Osborne
S.C. Bar No.: 104353
1031 Center Street
West Columbia, South Carolina 29169
(p)(803) 796-7260;(f)(803) 796-1055
bryn@oswaldlegal.net
ATTORNEYS FOR PLAINTIFF

January 27, 2022

1

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COMMON PLEAS COURT |
| ) | SIXTH JUDICIAL CIRCUIT |
| COUNTY OF FAIRFIELD ) | |
| ) | |
| ) | C/A No: 2022-CP-20- |
| Barry Belton and Dorothy Belton, ) | |
| individually, and as Personal ) | |
| Representatives of the Estate of ) | COMPLAINT |
| Kevon Belton, ) | Breach of Contract |
| ) | Bad Faith Refusal to Pay Insurance Claim |
| Plaintiffs, ) | (Jury Trial Demanded) |
| ) | |
| vs. ) | |
| ) | |
| Humana Insurance Company, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The Plaintiffs above named, complaining of the Defendant above named, alleges and says as follows:

1. Plaintiffs Dorothy Belton and Barry Belton are residents of Fairfield County, South Carolina and are the duly appointed personal representatives of the Estate of Kevon Belton.

2. Upon information and belief, the Defendant Humana Insurance Company is a corporation organized and existing under the laws of one of the States of the United States and which is licensed to do business in South Carolina and issue policies of life, health, and disability insurance.

3. The parties hereto, the subject matter hereof, and all things and matters hereinafter alleged are within the jurisdiction of this Honorable Court.

4. At all times hereinafter mention, Defendant, Humana Insurance Company, through their agents, servants and/or employees, sold Lewco Specialty Products/Carolina Technical Fabrics (hereinafter "Employer") a Group Life insurance policy with Employee Voluntary Accidental Death & Disability Benefits designated as Group Number 779283-77928302 (hereinafter "the policy"), with Kevon Belton being the insured and Dorothy Belton being the primary beneficiary.

ELECTRONICALLY FILED - 2022 Jan 29 3:50 PM - FAIRFIELD - COMMON PLEAS - CASE#2022CP2000032

5. Defendant Humana Insurance Company is subject to the jurisdiction of this court pursuant to S.C. Code §36-2-803(a)(6).

## FACTUAL ALLEGATIONS

6. Paragraphs one (1) through five (5) above are incorporated herein the same as if repeated herein verbatim.

7. On or about December 1, 2018, Defendant Humana issued the policy to Kevon Belton with a $50,000.00 accidental death benefit (hereinafter "death benefit"). A true and accurate copy of the policy with the death benefit is attached hereto as Exhibit A.

8. Kevon Belton named his mother, Dorothy Belton, as his primary beneficiary on the policy and death benefit.

9. Prior to his death, decedent Kevon Belton paid all premiums required to keep the policy and voluntary accidental death benefit in force.

10. On December 2, 2018, Kevon Belton was operating a motor vehicle on SC-34 near Jenkinsville when he was involved in a fatal motor vehicle accident.

11. Coroner Chris Hill determined Kevon Belton's manner of death to be accidental, and the cause of death as closed head injury and multiple body trauma. A true and accurate copy of the Death Certificate of Kevon Belton is attached hereto as Exhibit B.

12. The time of the motor vehicle accident was determined to be at approximately 2:00 A.M. on December 2, 2018. The accident was not reported until approximately 7:05 A.M. that same day, and emergency responders and law enforcement officials did not arrive on scene until approximately 7:48 A.M.

13. After Kevon Belton passed away, Plaintiff Dorothy Belton submitted a claim for $50,000.00 in accidental death benefits under the subject policy.

14. Plaintiff, Dorothy Belton, is entitled to the accidental death benefits of the policy. Despite

3

repeated demands, the Defendant has failed and refused, and continues to fail and refuse, to pay the agreed upon policy proceeds.

## FOR A FIRST CAUSE OF ACTION
(Breach of Insurance Contact)

15. Paragraphs one (1) through fourteen (14) above are incorporated herein the same as if repeated herein verbatim.

16. At all times material to the allegations contained herein, Plaintiffs' decedent Kevon Belton and Defendant, Humana Insurance Company, had a mutually binding insurance contract containing accidental death benefit among other coverages.

17. Defendant had a duty to act in good faith and pay all benefits due, including but not limited to the accidental death benefit, under the subject policy.

18. Defendant breached the insurance contract when it denied Plaintiff Dorothy Belton's claim under the terms of the policy.

19. As a direct and proximate result of Defendant's wrongful refusal to honor its insurance policy, Plaintiff has lost Fifty Thousand Dollars ($50,000.00) in accidental death benefits payable to Plaintiff under the terms of the policy, among other applicable benefits, and Plaintiff has been forced to file this lawsuit to collect benefits due.

20. As a direct and proximate result of Defendant's beach of contract and wrongful refusal to honor its insurance policy, Plaintiff Dorothy Belton has suffered actual damages of at least $50,000.00 in accidental death benefits due under the policy along with any other applicable benefits under the policy, plus interest, attorney's fees and costs of this action not exceeding $75,000.00.

## FOR A SECOND CAUSE OF ACTION
(Bad Faith/Unreasonable Refusal to Pay Insurance Claim)

21. Paragraphs one (1) through twenty (20) above are incorporated herein the same as if repeated

ELECTRONICALLY FILED - 2022 Jan 29 3:50 PM - FAIRFIELD - COMMON PLEAS - CASE#2022CP2000032

ELECTRONICALLY FILED - 2022 Jan 29 3:50 PM - FAIRFIELD - COMMON PLEAS - CASE#2022CP2000032

herein verbatim.

22. At all times material to the allegations contained herein, Plaintiffs' Decedent and Defendant had a mutually binding insurance policy contract providing accidental death benefits.

23. Defendant owed Plaintiffs' Decedent a duty of good faith and fair dealing under the subject policy.

24. Defendant has wrongfully and in bad faith refused to pay Plaintiff's claims and the benefits due under the policy.

25. Following Kevon Belton's death, Defendant has asserted multiple unfounded bases to deny Plaintiff Dorothy Belton's claims for accidental death benefits reasonably due under the policy.

26. Under the facts and circumstances of this case, Defendant's refusal to honor its insurance policy is unreasonable and in bad faith and violates the implied covenant of good faith and fair dealing inherent in all contracts formed in South Carolina and further breaches its duties and responsibilities under the policy.

27. In interpreting its own insurance policy/adhesion contract and wrongfully applying the facts and circumstances of the death of Plaintiffs' decedent, Defendant placed its own financial interests ahead of the Plaintiffs.

28. Defendant's unreasonable denial of Plaintiff Dorothy Belton's claim for accidental death benefits was without basis and totally unsubstantiated by the terms of the insurance contract and facts and circumstances associated with the claim.

29. As a direct and proximate result of Defendant's wrongful and bad faith refusal to honor the terms of its insurance policy, Plaintiff Dorothy Belton has suffered actual and punitive damages for the accidental death benefit, emotional distress, attorney's fees, interest, the costs of this action, in an amount to be determined by a reasonable jury, not exceeding $75,000.00.

ELECTRONICALLY FILED - 2022 Jan 29 3:50 PM - FAIRFIELD - COMMON PLEAS - CASE#2022CP2000032

## FOR A THIRD CAUSE OF ACTION
(Declaratory Judgment)

30. Paragraphs one (1) through twenty-nine (29) above are incorporated herein the same as if repeated herein verbatim.

31. In addition to the relief sought above, Plaintiffs believe that a justiciable controversy exists and seek a judicial declaration of the rights, status and other legal relations of the parties to this action under the terms of the subject policy issued by Defendant to Plaintiffs' Decedent, pursuant to S.C. Uniform Declaratory Judgments Act, S.C. Code § 15-53-10 *et seq*.

WHEREFORE, Plaintiffs demand a jury trial on all legal issues and claims against Defendant for actual and punitive damages, plus interest and attorney's fees, to be determined by a reasonable jury, not exceeding $75,000.00 to fully compensate the Estate of Kevon Belton. Plaintiffs likewise seek a Declaratory Judgment clarifying the obligations, benefits, and rights of the parties to this action as alleged herein.

Respectfully Submitted,

BILLY R. OSWALD LAW FIRM

s/ Bryn B. Osborne, Esq.
S.C. Bar No. 104353
1031 Center St.
West Columbia, SC 29169
(p)(803)796-7260;(f)(803)796-1055
bryn@oswaldlegal.net

West Columbia, SC
January 29, 2022

6



Welcome: ███████████         Contact Us | FAQs | Glossary | Log Out

**LEWCO SPECIALTY PRODUCTS**

Home | Subscriber Maintenance | Reports

View Subscriber Summary | Add Subscriber | Terminate Subscriber | Modify Info/Coverage

## Subscriber Summary



To view held elections by a specific date, enter date: 12/1/2018  [Reload]

Subscriber name: Kevon Belton
Subscriber SSN: ███████

This page will print as displayed. To print specific sections(e.g. Subscriber Information's, Dependents, etc) expand the details by clicking the + icon, or you may expand all or collapse all sections

### − Subscriber Information

| | | | |
|---|---|---|---|
| Date of birth: | 10/18/1990 | Hire date: | 9/9/2018 |
| Gender: | Male | Work phone: | |
| Mailing Address: | 1234 Hwy 21 | | 779283-77928302:CAROLINA TECHNICAL FABRICS |
| | Ridgeway, SC  29130-0000 | Eligibility Group | |
| Home: | | | |
| E-mail: | | Basic life class: | |
| Disability: | No | Subscriber status : | Full Time Employee |
| Communication Disabled: | No | Occupation: | |
| Annual Salary Amount: | | Work Location: | |
| Hours worked weekly: | 40 | | |

### + Dependent(s)

### − Open Events

| Reason for Coverage Change | Event Type | Start Date | End Date | Effective Date | Status |
|---|---|---|---|---|---|
| New Hire | Individual | 11/8/2018 | 12/9/2018 | 12/1/2018 | Complete |

### − Current Coverage as on 12/1/2018

**Kevon Belton** 

| Plan | Network | Coverage level | | Pre-Tax: |
|---|---|---|---|---|
| PPO Humana, ChoiceCare and Corphealth LAHS0002 | Humana, ChoiceCare and Corphealth | Employee Only | 12/1/2018 - 12/2/2018 | No |

| Dental Plan | | Coverage level | | Pre-Tax: |
|---|---|---|---|---|
| U&C TRP ADDTL ANNUAL MAX HumanaDental PPO/Traditional Preferred | | Employee Only | 12/1/2018 - 12/2/2018 | No |

| Vision | | Coverage level | | Pre-Tax: |
|---|---|---|---|---|
| Waived (I'm in great health) | | Waive | 12/1/2018 - 12/2/2018 | No |

| Associate Voluntary Term Life | | Coverage Amount | | |
|---|---|---|---|---|
| Voluntary Life with Portability and AD&D | | $50,000.00 | 12/1/2018 - | 12/2/2018 |

ELECTRONICALLY FILED - 2022 Jan 29 3:50 PM - FAIRFIELD - COMMON PLEAS - CASE#2022CP2000032

12/4/2018

Subscriber Summary

**Beneficiaries**

DOROTHY BELTON

BRANDON BELTON

---

**List of Icons**

 Medical

 Dental

 Vision

$ FSA/HSA

 Life

 Voluntary Benefits

 Spouse

 Dependent    Relationship

 Inactive Relationship

**For this subscriber:**

View Coverage History

View Dependent History

Modify personal/dependent information and/or coverage

Terminate the subscriber

<<Previous

Version=1.18.5.2

ELECTRONICALLY FILED - 2022 Jan 29 3:50 PM - FAIRFIELD - COMMON PLEAS - CASE#2022CP2000032

**Small Group Employee and Individual Application and Enrollment Form - 1-50 Employees**

Visit us at Humana.com

**LOUISIANA**

The offering company(ies) listed below, severally or collectively, as the content may require, are referred to in the Small Group Employee and Individual Application and Enrollment Form as "Humana". To elect a primary care physician, please complete reorder LA-51340 PP.

Medical, Dental and Vision plans provided by Humana Health Benefit Plan of Louisiana, Inc. Life plans insured by Humana Insurance Company. Workplace Voluntary Benefits plans. Short Term and Long Term Disability plans insured by Kanawha Insurance Company.

Please print clearly and fill in each applicable circle.

Employer / Group name: **Lewco Group # 779283 / Carolina Fuel**
Employer / Group city: **Baton Rouge**
State:
Proposed effective date: **12/1/18**

Qualifying Event Instructions
Date of Qualifying Event: _/_/_
○ New business enrollment    ○ Open Enrollment event    ○ Dependent birth or adoption    ○ Loss of coverage
● New hire / Newly eligible    ○ Rehire / Reinstatement    ○ Marital status change    ○ Other _____

**Enrollment Information**

| Relationship | Last name, First name MI | Gender | Date of birth | Disabled? If yes, indicate reason below. | Social Security Number |
|---|---|---|---|---|---|
| Employee / Individual | Belton, Kevon M | ● M ○ F | 10/28/1990 | ○ Y ● N | N/A (complete in Employee / Individual Information section.) |
| Spouse / Domestic Partner | | ○ F ○ M | _/_/_ | ○ Y ○ N | |
| Child / Dependent | | ○ F ○ M | _/_/_ | ○ Y ○ N | |
| Child / Dependent | | ○ F ○ M | _/_/_ | ○ Y ○ N | |
| Child / Dependent | | ○ F ○ M | _/_/_ | ○ Y ○ N | |
| Other (specify): | | ○ F ○ M | _/_/_ | ○ Y ○ N | |

**Employee / Individual Information**

Social Security Number: ~~[redacted]~~
Street address: PO Box 824  1234 Hwy 21    APT/Suite/Box
Hours worked per week: 40
Date of full time hire: 9/19/18
City: Ridgeway    State: SC    ZIP code: 29130    Phone #: (803) 801-9695
Language: ● English ○ Spanish ○ Other    E-mail address:    Occupation:
Are you actively at work? ● Y ○ N    If not, reason: ○ Retiree ○ COBRA ○ Other _____    Annual salary $

**Prior / Existing Coverage:** IMPORTANT - DO NOT cancel any existing coverage until you receive written medication to have Humana end your acceptance for coverage.

**Medical**

1. Prior medical coverage during the past 18 months (individual or other group coverage)? ● N ○ Y

Prior medical insurance carrier name    Policy #    Prior coverage type:
○ Employee / Individual only
○ Employee / Individual and spouse / Domestic partner
○ Employee / Individual and child(ren)  ○ Family
Effective date _/_/_

2. Other medical coverage in effect at the same time as this Humana coverage (individual or other group coverage)? ● N ○ Y

Other medical insurance carrier name    Policy #    Other coverage type:
○ Employee / Individual only
○ Employee / Individual and spouse / Domestic partner
○ Employee / Individual and child(ren)  ○ Family
Effective date _/_/_
Term date _/_/_

3. Medicare
Employee / Individual coverage: ● N ○ Y    Medicare ID    Effective date _/_/_    Term date _/_/_
Spouse / Domestic partner coverage: ● N ○ Y    Medicare ID    Effective date _/_/_    Term date _/_/_

LA-72000  11/2015

1

Reorder# LA-52000-SB  11/2015

ELECTRONICALLY FILED - 2022 Jan 29 3:50 PM - FAIRFIELD - COMMON PLEAS - CASE#2022CP2000032

Last name: Belton    First name: Kevon

**Dental**

1. Prior dental coverage during the past 12 months (individual or other group coverage)? ● N ○ Y
2. Prior orthodontia coverage in the past 12 months? ● N ○ Y

Prior dental insurance carrier name: _____
Policy #: _____
Prior coverage type:
○ Employee / Individual only
○ Employee / Individual and spouse / Domestic partner
○ Employee / Individual and child(ren)
○ Family

Effective date __/__/__
Prior carrier phone #: _____
Term date __/__/__

**Coverage Options**

**Medical**    Group #: _____    Benefit #: _____    Class/Div: _____

Coverage type: ● Employee / Individual only  ○ Employee / Individual and spouse / Domestic partner  ○ Employee / Individual and child(ren)  ○ Family  ○ No Coverage (complete waiver)

Plan name: EHDHP $4000 80/50
Copay $3000 80/50
Smpcty Copay $0 100/50

NOTICE - YOU MUST PERSONALLY BEAR ALL COSTS IF YOU UTILIZE HEALTH CARE NOT AUTHORIZED BY THIS PLAN OR PURCHASE DRUGS WHICH ARE NOT AUTHORIZED BY THIS PLAN.

~~Health Savings Account    Group #: _____    Benefit #: _____    Class/Div: _____

If you have medical coverage under another plan, you may not be eligible for an HSA. Please check with your tax advisor for details. Please refer to Humana's HSA contribution... allowed contribution. You can find additional information on HSAs on Humana.com. Select the... on the Member page.

Do you elect the Health Savings Account? ○ N ○ Y (if no, complete waiver).

Beneficiary for this account will be the employee's... estate. You may change beneficiary information on file with the bank that administers the HSA... the account is established.~~

**Dental**    Group #: _____    Benefit #: _____    Class/Div: _____

Coverage type: ● Employee / Individual only  ○ Employee / Individual and spouse / Domestic partner  ○ Employee / Individual and child(ren)  ○ Family  ○ No Coverage (complete waiver)

Rate Amount $ _____    Rate Frequency (Monthly)
Rate Amount $ _____    Rate Frequency (Monthly)

Plan name: TRP U&C 14 $2000

~~Basic dependent life ○ N ○ Y (if no, complete waiver). Class: employer will provide you with this information if needed.
Accelerated benefits within the policy may be taxable. You should consult your personal tax advisor to assess the impact of the benefit.~~

**Voluntary Life AD&D**    Group #: _____    Benefit #: _____    Class/Div: _____

Voluntary employee / individual life coverage ○ N ● Y    Amount (min $15,000) $ 50,000.00

Voluntary spouse / Domestic partner life coverage? ● N ○ Y    Amount (min $5,000) $ _____

Voluntary child(ren) life coverage? ● N ○ Y

Accelerated benefits within the policy may be taxable. You should consult your personal tax advisor to assess the impact of the benefit.

**Vision**    Group #: _____    Benefit #: _____    Class/Div: _____

Coverage type: ○ Employee / Individual only  ○ Employee / Individual and spouse / Domestic partner  ○ Employee / Individual and child(ren)  ○ Family  ● No Coverage (complete waiver)

Rate Amount $ _____    Rate Frequency (Monthly)
Rate Amount $ _____    Rate Frequency (Monthly)

Plan name: Vision 200

~~Short Term Disability    Group #: _____    Benefit #: _____    Class: _____ Div: _____
○ N ○ Y (if no, complete waiver).    Buy-up percent/amount _____

Long Term Disability    Group #: _____    Benefit #: _____    Class: _____ Div: _____
○ N ○ Y (if no, complete waiver).    Buy-up percent/amount _____~~

LA 72000  11/2015                          Reorder# LA 52000 SB 11/2015

ELECTRONICALLY FILED - 2022 Jan 29 3:50 PM - FAIRFIELD - COMMON PLEAS - CASE#2022CP2000032



Last name: Belton    First name: Kevon

Beneficiary Information for Life, Disability and Workplace Voluntary Benefits
Primary beneficiary name: Belton, Dorothy M — Relationship to Employee/Individual: Mother
Secondary beneficiary name: Belton, Branden L — Relationship to Employee/Individual: Brother

LA-72000 11/2015                                                   Reorder# LA-52000-SB 11/2015

Last name: **Belton**   First name: **Kevon**

~~If you answered "yes" to any of the questions above, please provide details below and specify the question number. Attach additional signed and dated sheets (reorder LA-51340-MH), if necessary.~~

| ~~Question #~~ | ~~Person treated (Last name, first name)~~ |
| --- | --- |
| ~~Condition~~ | ~~Treatments received~~ |
| ~~Medications prescribed~~ | ~~Current or future treatments or medications~~ |
| ~~Date diagnosed~~ | ~~Date last seen by a doctor~~ |

→ **Waiver (refusal of coverage)**

I acknowledge that I have been given the opportunity to apply for group coverage available to me and my dependents through my employer / group. I proclaim that I was not pressured or forced by my employer / group, the writing agent, or Humana into waiving (declining) coverage. If I have waived any coverage offered to me or my dependents, my signature is evidence of this action.

I hereby waive coverage for (check all that apply):

| | | | |
| --- | --- | --- | --- |
| Medical for: | ○ Myself | ○ My spouse / Domestic partner | ○ My dependent child(ren) |
| Dental for: | ○ Myself | ○ My spouse / Domestic partner | ○ My dependent child(ren) |
| Vision for: | ○ Myself | ○ My spouse / Domestic partner | ○ My dependent child(ren) |

I decline to apply for group coverage because of:
○ Spousal / Domestic partner coverage
○ Medicare supplement
○ Individual coverage
○ Coverage under another carrier's plan provided by my employer / group
○ Other

**Agreement**

**True and complete acknowledgement**
I understand, agree, and represent:
- I have read the Small Group Employee and Individual Application and Enrollment Form or it has been read to me and answers provided are true and complete to the best of my knowledge and belief.
- Neither my employer / group nor the agent can waive any question, determine coverage or insurability, alter any contract or waive any of Humana's other rights and requirements.
- If the Small Group Employee and Individual Application and Enrollment Form for coverage is accepted, coverage will be effective on the date specified by Humana on the policy or certificate.
- If I have a new dependent as a result of a qualifying event, I may in the future be able to enroll myself or my dependents provided I request enrollment within 31 days after the qualifying event.
- If I or my dependents become eligible for premium or rate subsidies under Medicaid or the Children's Health Insurance Program (CHIP), I may in the future be able to enroll myself or my dependents provided I request enrollment within 60 days after the qualifying event.
- In the event that I should decide to apply for coverage hereafter that subsequent Small Group Employee and Individual Application and Enrollment Form shall be subject to the applicable terms and conditions of the master group contract(s), policy provisions or certificate provisions which may require additional limitations and waiting periods.
- Based on the coverage I have elected, I may be required to furnish evidence of health status satisfactory to Humana.
- If I am declining coverage for myself or my dependents (including my spouse / Domestic partner) because of coverage under Medicaid or CHIP, I may in the future be able to enroll myself or my dependents provided that I request enrollment within 60 days after my coverage under these programs ends.
- If I am declining coverage for myself or my dependents (including my spouse / Domestic partner) because of other coverage, I may in the future be able to enroll myself or my dependents provided that I request enrollment within 31 days after my other coverage ends.
- Humana reserves the right to delay medical coverage and/or deny life or dental coverage with any future submissions of the Small Group Employee and Individual Application and Enrollment Form for coverage.
- If any deductions are required for this coverage, I authorize those deductions from my earnings. If selecting the Health Savings Account (HSA), I authorize Humana or its banking partners to provide my account number to my employer / group for the purposes of depositing any contributions.

LA 72000 11/2015

Reorder# LA-52000-SB 11/2015

Last name: Belton    First name: Kevon

- If I am applying for coverage for my dependents (including my spouse / Domestic partner) I attest by my signature below, I have gathered the necessary health information from my dependents in order to fully and truthfully complete the Small Group Employee and Individual Application and Enrollment Form.
- If I have selected workplace voluntary benefits, and if coverage is not issued as initially applied for, I hereby authorize Humana to decrease or increase the premium or rate amount stated on the Small Group Employee and Individual Application and Enrollment Form to cover the benefit actually issued.
- An act of fraud or an intentional misrepresentation of a material fact may void or terminate an individual's or group's coverage as specified under the terms of the Policy or Certificate. Providing incomplete, inaccurate, or untimely information may reduce an individual's or group's coverage or may increase past premium.
- Rates or premium quoted and the effective date requested are not guaranteed. The final rate or premium and effective date will be determined upon underwriting review and approval of the Small Group Employee and Individual Application and Enrollment Form by Humana.
- Any person who knowingly presents a false or fraudulent claim for payment of loss or benefit or knowingly presents false information or misstatements in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

If you decide not to sign this agreement, we will decline to enroll you in an insurance product or to give you insurance benefits.

**Authorization**

My dependents and I understand and agree:
- Any information obtained will not be released by Humana to any person or organization except to reinsuring companies, the Medical Information Bureau, Inc. or other persons or organizations performing health care operations or business or legal services in connection with the Group Employee and Individual Application and Enrollment Form, claim or as may be otherwise lawfully required, or as I (we) may further authorize.

This authorization shall be valid for two years from the date shown below or until the date your coverage terminates, whichever comes first and I have the right to revoke this authorization at any time by writing to Humana's Privacy Office.

Humana will not require an applicant for coverage or an individual or family member to be the subject of a genetic test or to be subjected to questions relating to genetic information.

**Authorization for Release of Medical Records for Life or Disability**

If my dependents or I have selected life or disability, I authorize any third party to have information regarding myself. This includes any medical or non-medical information and to share any and all such information with Humana, its reinsurer or its legal representatives, and its affiliates. Once personal and health (including medical, dental, and pharmacy) information is disclosed pursuant to this authorization, the recipient may redisclose it and the information may not be protected by federal and state privacy requirements.

The Small Group Employee and Individual Application and Enrollment Form, together with any supplemental forms, will make up part of any contract and be the basis for any policy or certificate.

**Signature - please sign below if enrolling or waiving group coverage.**

If you decide not to sign this authorization, Humana cannot complete your plan enrollment or determine your premium rate due to the inability to obtain the necessary information.

Does the applicant have any existing life or disability insurance policy(s) and/or annuity(s)  ☒ N  ☐ Y



Employee / Individual or legal representative signature: _Kevon Belton_    Date: _10-26-18_

Name and relationship of legal representative: _____

Spouse / Domestic partner signature: _____    Date: _____
(Only if selecting Life coverage over the guarantee issue amount.)

LA-72000  11/2015

Reorder# LA-52000-SB  11/2015

EXHIBIT B

ELECTRONICALLY FILED - 2022 Jan 29 3:50 PM - FAIRFIELD - COMMON PLEAS - CASE#2022CP2000032

# STATE OF SOUTH CAROLINA
## CERTIFICATION OF VITAL RECORD

# DEATH CERTIFICATION

**STATE FILE NUMBER:** 139-18-045696

**DECEDENT'S NAME:** *KEVON MARTELL BELTON*
**SEX:** MALE
**AKA's:** NA
**SOCIAL SECURITY NUMBER:** 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
**ARMED FORCES:** NO
**DATE OF BIRTH:** OCTOBER 18, 1990
**AGE:** 28 YEARS
**TYPE OF PLACE OF DEATH:** OTHER (SPECIFY)
**COUNTY OF DEATH:** FAIRFIELD
**NAME AND ADDRESS OF PLACE OF DEATH:** 1 HWY 34 HIGHWAY WEST, BLAIR, SC 29015
**PLACE OF DISPOSITION:** BIBLE LIGHT 2 - GREENBRIER CEMETERY
**DISPOSITION LOCATION:** WINNSBORO, SOUTH CAROLINA
**METHOD OF DISPOSITION:** BURIAL
**DECEDENT'S RESIDENCE:** 1234 US HWY 21 HIGHWAY SOUTH, RIDGEWAY, FAIRFIELD COUNTY, SC, 29130
**PLACE OF BIRTH:** SOUTH CAROLINA
**MARITAL STATUS:** NEVER MARRIED
**SURVIVING SPOUSE'S NAME:** NA
**FATHER'S NAME:** BARRY BELTON
**MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** DOROTHY BOYD
**INFORMANT'S NAME:** BARRY BELTON
**RELATIONSHIP:** FAMILY MEMBER
**MAILING ADDRESS:** 1234 US HWY 21 S, RIDGEWAY, SC, 29130
**FUNERAL HOME:** NELSON'S FUNERAL HOME, LLC, 270 N DOGWOOD AVE, RIDGEWAY, SC, 29130
**FUNERAL DIRECTOR:** EDDIE J NELSON
**LICENSE NUMBER:** 1592
**EMBALMER'S NAME:** EDDIE J NELSON
**LICENSE NUMBER:** 1592
**ACTUAL OR PRESUMED DATE OF DEATH:** DECEMBER 02, 2018
**MANNER OF DEATH:** ACCIDENT
**ACTUAL OR PRESUMED TIME OF DEATH:** 0200
**CAUSE OF DEATH - PART I**
CLOSED HEAD INJURY
MUTIPLE BODY TRAUMA

**OTHER SIGNIFICANT CONDITIONS - PART II:**
NONE

**CORONER CONTACTED?** YES    **AUTOPSY PERFORMED?** NO    **AUTOPSY AVAILABLE?** NA
**DATE OF INJURY:** DECEMBER 02, 2018    **TIME OF INJURY:** 0200    **INJURY AT WORK?** NO
**PLACE OF INJURY:** HIGHWAY 34 WEST AND ZION HOPEWELL CHURCH ROAD
**LOCATION OF INJURY:** 34 WEST 34 HIGHWAY WEST, BLAIR, FAIRFIELD COUNTY, SC, 29015
**HOW THE INJURY OCCURRED?**
MOTOR VEHICLE COLLISON

**CERTIFIER NAME AND TITLE:** CORONER CHRIS HILL    **LICENSE NUMBER:** NA
**CERTIFIER'S ADDRESS:** 315 S. CONGRESS STREET, WINNSBORO, SC, 29180
**DATE FILED:** DECEMBER 04, 2018
**DATE OF ISSUANCE:** DECEMBER 04, 2018
**SPECIAL INSTRUCTIONS:**
NA

SC07359348

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

David E. Wilson, Jr.
Acting Director

Angelia P. Saleeby
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.
Revision Date: 04/09/2018

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE


dhec

Plaintiff's Ex. B